FILED'08 NOV 21 09:03USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RODNEY L. SANER,

        Petitioner,

Civil No. 07-1196-CL

v.

MARK NOOTH,

**ORDER**

        Respondent.

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted. The petition (#1) is denied.

IT IS SO ORDERED.

DATED this _20_ day of November, 2008.

 OWEN M. PANNER
 United States District Judge

2 - ORDER